| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | CHRISTOPHER R. PILCH |
| | Special Assistant U.S. Attorney |
| 3 | 412 TW/JA |
| | 1 South Rosamond Blvd. |
| 4 | Edwards AFB, California 93524 |
| | Phone: (661) 277-4316 / Fax: (661) 277-2887 |
| 5 | |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No.  4422162 | |
| | ) | | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND | |
| | ) | PROPOSED ORDER FOR DISMISSAL | |
| v. | ) | | |
| | ) | | |
| CARLOS G. PINEDA, | ) | | |
| | ) | | |
| Defendant | ) | | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 4422162 against CARLOS G. PINEDA without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated:  September 15, 2016         Respectfully Submitted,
                                   Benjamin B. Wagner
                                   United States Attorney

                          By:      /s/ Christopher R. Pilch
                                   Christopher R. Pilch
                                   Special Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Citation Number 4422162 against CARLOS G. PINEDA be dismissed without prejudice, in the interest of justice.

Dated:  September  15 , 2016

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge